PROB 12C
(6/16)

Report Date: January 13, 2017

# United States District Court

for the

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 13, 2017

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Tony Lawrence Gust | Case Number: 0980 2:14CR00149-RMP-1 |
| Address of Offender: ▮▮▮▮▮▮▮▮▮▮ Spokane, Washington 99201 | |

Name of Sentencing Judicial Officer:  The Honorable Rosanna Malouf Peterson, U. S. District Judge

Date of Original Sentence: March 17, 2015

| | |
|---|---|
| Original Offense: | Escape from Custody, 18 U.S.C. § 751(a) |
| Original Sentence: | Prison - 12 months<br>TSR - 36 months |
| | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | George J. C. Jacobs, III |
| | Date Supervision Commenced: December 14, 2015 |
| Defense Attorney: | Federal Defenders |
| | Date Supervision Expires: December 13, 2018 |

## PETITIONING THE COURT

**To issue a summons.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition # 16**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.<br><br>**Supporting Evidence**:  Mr. Gust violated his conditions of supervised release in Spokane, Washington, by using methamphetamine on or about December 20, 2016.  Mr. Gust provided a urine sample at Alcohol Drug Education Prevention and Treatment (ADEPT) and the urine sample tested presumptive positive for methamphetamine.  The urine sample was sent to Alere Toxicology for further testing.  On January 4, 2017, the lab report was received showing a positive result for methamphetamine. |
| 2 | **Special Condition # 16**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.<br><br>**Supporting Evidence**: Mr. Gust violated his conditions of supervised release in Spokane, Washington, by using morphine on or about January 6, 2017.  Mr. Gust provided a urine sample at the probation office which tested presumptive positive for morphine.  The urine sample was sent to Alere Toxicology for further testing.  On January 11, 2017, the lab report |

Prob12C
**Re: Gust, Tony Lawrence**
**January 13, 2017**
Page 2

was received showing a positive result for morphine. Tony Gust signed a drug use admission form admitting to unlawfully ingesting prescription medication that was not legally prescribed to him.

3   **Special Condition # 16**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: Mr. Gust violated his conditions of supervised release in Spokane, Washington, by using opiates on or about January 12, 2017. Mr. Gust reported to the probation office and provided a urine sample that tested presumptive positive for opiates. The urine sample was sent to Alere Toxicology for further testing. The results are pending

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   01/13/2017

s/Corey M. McCain

Corey M. McCain
U.S. Probation Officer

---

THE COURT ORDERS

[  ]   No Action
[  ]   The Issuance of a Warrant
[X]   The Issuance of a Summons
[  ]   Other

Signature of Judicial Officer

1/13/2017

Date