PROB 12C  
(6/16)

Report Date: February 6, 2017

# United States District Court

for the

## Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Tony Lawrence Gust | Case Number: 0980 2:14CR00149-RMP-1 |

Address of Offender:                              , Spokane, Washington 99201

Name of Sentencing Judicial Officer:  The Honorable Rosanna Malouf Peterson, U. S. District Judge

Date of Original Sentence: March 17, 2015

| | | |
|---|---|---|
| Original Offense: | Escape from Custody, 18 U.S.C. § 751(a) | |
| Original Sentence: | Prison - 12 months<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | George J. C. Jacobs, III | Date Supervision Commenced: December 14, 2015 |
| Defense Attorney: | John Barto McEntire, IV | Date Supervision Expires: December 13, 2018 |

## PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 01/13/2017.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 4 | **Special Condition # 16**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.<br><br>**Supporting Evidence**:  Mr. Gust violated his conditions of supervised release in Spokane, Washington, by testing presumptive positive for amphetamines, opiates, and marijuana. Mr. Gust submitted to a random urinalysis test on February 3, 2017.  He admitted to the undersigned officer that he used prescription opiate medication that was not lawfully prescribed to him. Mr. Gust denied using amphetamines or marijuana. The urine sample was sent to Alere Toxicology for further testing.  The results are pending. |

Prob12C
Re: Gust, Tony Lawrence
February 6, 2017
Page 2

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   02/06/2017

s/Corey M. McCain

Corey M. McCain
U.S. Probation Officer

---

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[X]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[X]   Defendant to appear before the Magistrate Judge.
[ ]   Other

*Rosanna Malouf Peterson*
Signature of Judicial Officer

2/6/2017
Date